**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANDREW JOHNSON,

Plaintiff,

vs. Case No. 1:26-cv-01153 LF-JHR

DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, the UNITED STATES DEPARTMENT of the INTERIOR, and BRYAN MERCIER, in his official capacity as the Director of the Bureau of Indian Affairs,

Defendants.

**ORDER GRANTING**
**JOINT MOTION TO DISMISS UNNECESSARY PARTIES**

This matter comes before the Court on the Joint Motion of Plaintiff ANDREW JOHNSON and Defendant DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, to dismiss Defendants the UNITED STATES DEPARTMENT of the INTERIOR and BRYAN MERCIER, in his official capacity as the Director of the Bureau of Indian Affairs without prejudice. The Court having reviewed the motion and grounds therefore, finds good cause to grant the motion.

IT IS THEREFORE ORDERED, Defendants the UNITED STATES DEPARTMENT of the INTERIOR and BRYAN MERCIER, in his official capacity as the Director of the Bureau of Indian Affairs are dismissed without prejudice.

______________________________
The Honorable Jerry H. Ritter
UNITED STATES MAGISTRATE JUDGE